IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                  **CIVIL ACTION NO.: 3:23-cv-28-MPM-JMV**

**JACQUELINE LEE**                                                       **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Jacqueline Lee, having failed to appear, plead or otherwise defend in this action, and default having been entered on June 6, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Jacqueline Lee, in the amount of $69,549.42, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00.

This the 15th day of June, 2023.

                                                     s/ David Crews
                                                     Clerk of Court